No. 92–5491. JONES v. CHECKETT, DIRECTOR, MISSOURI DEPARTMENT OF SOCIAL SERVICES, DIVISION OF MEDICAL SERV-

ICES, ET AL.   C. A. 8th Cir.   Certiorari denied.